UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICKY GARRETT,

    Plaintiff,

v.                                                                         Case No. 5:11-cv-77-Oc-10TBS

TOWNLEY FOUNDRY & MACHINE CO.,
INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. No. 34). It appears that this settlement involves the compromise of a Fair Labor Standards Act claim. Consequently, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute." See, Lynn's Food Stores, Inc. v. United States Dept. of Labor, 679 F.2d 1350, 1354-55 (11th Cir. 1982). To discharge its responsibility, the Court must read the parties' complete settlement agreement. Therefore, the parties shall file a true copy of their complete settlement agreement within ten days from the rendition of this Order.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on December 22, 2011.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge